NO. 07-07-0017-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 24, 2007
_____

In the Matter of the Marriage of DAMON RAY WILDCAT and DEBRA DIAN WILDCAT
_____

FROM THE 31st DISTRICT COURT OF GRAY COUNTY;

NO. 34241; HONORABLE STEVEN R. EMMERT, PRESIDING
_____

*ORDER DISMISSING APPEAL*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, by and through her attorney, has filed an unopposed motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice